UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80660-CIV-MARRA

JANET HOYT,

Plaintiff,

vs.

RARE HOSPITALITY MANAGEMENT, LLC,
d/b/a LONGHORN STEAKHOUSE OF WEST
PALM BEACH,

Defendant.
_____/

## ORDER

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal (DE 8). The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is dismissed. The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of May, 2016.

_____
KENNETH A. MARRA
United States District Judge